UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | |
|---|---|
| CORA E. BENNETT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, et al.,<br><br>Defendants. | Misc. Case No. 11-9014-MC-W-ODS<br><br>(Related Lawsuit Pending in the United States District Court, District of Kansas No. 2:09-cv-02122-EFM-KMH) |

**PLAINTIFFS' SECOND MOTION TO COMPEL PRODUCTION
OF DOCUMENTS FROM KPMG, LLP**

Pursuant to Federal Rule of Civil Procedure 37(a) and Local Rules 7 and 37.1, Lead Plaintiffs PACE Industry Union-Management Pension Fund, Skandia Life Insurance Company, and the West Virginia Management Board (collectively, "Plaintiffs") respectfully move this Court for an order compelling KPMG, LLP ("KPMG") to produce documents responsive to Plaintiffs' subpoena issued out of this Court for the lawsuit *Bennett v. Sprint Nextel Corp.*, No. 2:09-cv-02122-EFM-KMH, which is currently pending in the United States District Court for the District of Kansas.

This motion is supported by the Suggestions in Support, which is incorporated herein, the accompanying Declaration of Rachel E. Schwartz in Support of Plaintiffs' Second Motion to Compel Production of Documents from KPMG, all accompanying exhibits and attachments, and such other matters and arguments as the Court may consider in the hearing of this motion.

As explained in additional detail in Plaintiffs' Suggestions in Support, Plaintiffs' certify pursuant to Local Rule 37.1(a) that they have in good faith conferred with KPMG in an attempt to resolve this discovery dispute and avoid this motion to compel.

DATED: August 10, 2012              Respectfully submitted,

                                    STUEVE SIEGEL HANSON LLP


                                    /s/ Rachel E. Schwartz
                                    Norman E. Siegel – Mo. #44378
                                    Rachel E. Schwartz – Mo. #56241
                                    460 Nichols Road, Suite 200
                                    Kansas City, MO 64112
                                    Telephone: 816/714-7112
                                    816/714-7101 (fax)
                                    siegel@stuevesiegel.com
                                    schwartz@stuevesiegel.com

                                    Liaison Counsel in the Related Lawsuit

                                    ADDITIONAL COUNSEL IN THE RELATED
                                    LAWSUIT

                                    ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    TOR GRONBORG
                                    BRIAN O. O'MARA
                                    JENNIFER L. GMITRO
                                    L. DANA MARTINDALE
                                    655 West Broadway, Suite 1900
                                    San Diego, CA 92101-3301
                                    Telephone: 619/231-1058
                                    619/231-7423 (fax)
                                    torg@rgrdlaw.com
                                    bomara@rgrdlaw.com
                                    jgmitro@rgrdlaw.com
                                    dmartindale@rgrdlaw.com

                                    ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    JAMES E. BARZ
                                    200 South Wacker Drive, 31st Floor
                                    Chicago, IL 60606
                                    Telephone: 312/674-4674
                                    312/674-4676 (fax)
                                    jbarz@rgrdlaw.com

MOTLEY RICE LLC
NATHAN D. FINCH
1000 Potomac Street NW, Suite 150
Washington, DC 20007
Telephone: 202/232-5507
202/232 5513 (fax)
nfinch@motleyrice.com

MOTLEY RICE LLC
JAMES M. HUGHES
VINCENT I. PARRETT
WILLIAM S. NORTON
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9450 (fax)
jhughes@motleyrice.com
vparrett@motleyrice.com
bnorton@motleyrice.com

MOTLEY RICE LLC
WILLIAM H. NARWOLD
MICHAEL J. PENDELL
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860/882-1676
860/882-1682 (fax)
bnarwold@motleyrice.com
mpendell@motleyrice.com

Co-Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Rachel E. Schwartz
Rachel E. Schwartz